THE STATE *v.* WASHINGTON PERRY.

Justices of the Peace have not *exclusive* jurisdiction of the offence of *receiving stolen goods under the value of five dollars;* but only jurisdiction *concurrent,* under certain circumstances, with that of the Superior Court.

(*The State* v. *Jerry Johnson, ante,* 581, cited and approved.)

INDICTMENT *for receiving stolen goods,* tried before *Watts, J.,* at Spring Term 1870 of FRANKLIN Court.

The defendant was charged with having received ten pounds of bacon, of the value of six pence, knowing it to have been stolen :  Having been convicted, upon motion the judgment was arrested for want of jurisdiction.

The Solicitor for the State appealed.

*Attorney-General,* for the State.
*Rogers & Batchelor, contra.*

DICK, J.   The question as to the extent of the jurisdiction of the Superior Courts and of Courts of Justices of the Peace in criminal matters, was fully considered and determined in the case of *State* v. *Jerry Johnson, ante,* 581.

In certain offenses specified by statute, the party injured in person or property has an election to prosecute the offender in either of said Courts.   A Justice of the Peace has not

exclusive jurisdiction of the offence of receiving stolen goods under the value of five dollars. He may exercise such jurisdiction, and his action may be final, where the offense was committed in his township, and the party injured files a complaint within six months after the commission of the alleged offense.

In this case the Superior Court had jurisdiction, and the motion in arrest of judgment, ought not to have been sustained by his Honor.

There is error. Let this be certified, that the Court below may proceed to judgment.

PER CURIAM.                                    Error.